*Broderick, V.*

## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

VIRGINIA NORMAN, on behalf of all other persons
similarly situated,

        Plaintiff,

    - against -

ALEXANDER MCQUEEN TRADING AMERICAS,
INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 1:17 cv 9379 (VSB)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

   Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice; a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: February 8, 2018

_____
Justin A. Zeller

**LAW OFFICE OF JUSTIN A. ZELLER**
277 Broadway (Suite 408)
New York, NY 10007

E-mail: jazeller@zellerlegal.com

*Attorneys for Plaintiff*

SO ORDERED:

_____
Vernon S. Broderick  2/21/2018
United States District Judge

_____
Joshua A. Stein
Shira M. Blank
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177

E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Date: _____

_____

             tm